UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-12115-GAO

EMANUELA MCKINNEY,
Plaintiff,

v.

STEWARD ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC., RALPH DE LA TORRE, MD, CHRISTOPHER DUNLEAVEY,
Defendants.

ORDER
May 21, 2024

O'TOOLE, D.J.

The magistrate judge to whom this matter was referred issued an Order (dkt. no. 22) (the "Order") granting the plaintiff's motion to remand to state court. The Order has become final since no appeal has been timely filed and the time for appealing has expired. See Unauthorized Prac. of L. Comm. v. Gordon, 979 F.2d 11, 12 (1st Cir. 1992). The clerk shall issue an order of remand pursuant to the Order, terminate the civil case, and mail the record back to state court.

The magistrate judge also issued a Report and Recommendation (dkt. no. 27) ("R & R") recommending that the plaintiff's motion for attorney's fees be denied. The parties did not file any objections to the R & R. Having reviewed the relevant pleadings and submissions, I concur with the magistrate judge's analysis regarding the R & R, and therefore ADOPT the R & R and DENY the plaintiff's motion for attorney's fees. Particularly, I agree with the magistrate judge's conclusion that the defendants' arguments for removal were not objectively unreasonable.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge