

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
John Joseph Moakley United States Courthouse
Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**ROBERT M. FARRELL**
CLERK OF COURT

TO: Office of the Clerk

Suffolk County Superior Court
3 Pemberton Square,
Boston, MA 02108

> SUFFOLK SUPERIOR COURT
> CIVIL CLERK'S OFFICE
> FILED
> MAY 23 2024
> JOHN E. POWERS, III
> ACTING CLERK MAGISTRATE

RE:

CIVIL ACTION #: 1:23-cv-12115-GAO

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on by the Honorable  George A. OToole, Jr  .

The following documents are included in our file and transmitted herewith:

(X) Certified copy of the docket entries;

(X) Certified copy of Order of Remand;

(X) Original documents numbered _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,
ROBERT M. FARRELL
CLERK OF COURT

Date: 5/21/2024

/s/Flaviana de Oliveira
Deputy Clerk

The documents listed above were received by me on  May 23, 2024  and assigned the following case number: 2384CV01855

By: Bei Liang

339